IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Scatto,<br><br>  Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>  Defendant. | No. CV-20-00526-TUC-SHR<br><br>**ORDER** |

On March 28, 2022, Magistrate Judge Lynnette C. Kimmins issued a Report and Recommendation ("R&R"), recommending the Court reverse the Commissioner's decision and remand this matter back to the ALJ for a new hearing and further proceedings. (Doc. 30 at 9.) The Magistrate Judge informed the parties they had fourteen days to file objections to the R&R and an additional fourteen days to respond. (*Id.* at 15.) No objections have been filed and neither party has requested additional time to do so.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (district court only needs to review magistrate judge's findings and recommendations *de novo* if objection is made). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

In this case, the deadline for filing objections was on April 11, 2022.  As noted, no objections have been filed, and neither party has requested additional time to do so.  Consequently, the Court may adopt the R&R on that basis alone.  *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (district court declined to review the magistrate judge's report because no objections were filed).  Nonetheless, the Court has reviewed the Plaintiff's Opening Brief (Doc. 24), the Commissioner's Response Brief (Doc. 28), the Plaintiff's Reply Brief (Doc. 29), and Judge Kimmins' R&R.  (Doc. 30.)  The Court finds the R&R well-reasoned and agrees with Judge Kimmins' conclusions.  Accordingly,

**IT IS ORDERED** Magistrate Judge Lynnette C. Kimmins' Report and Recommendation is **ADOPTED.**  (Doc. 30.)

**IT IS FURTHER ORDERED** the final decision of the Commissioner of Social Security is **REVERSED** and the case is **REMANDED** for further proceedings consistent with this Order.

**IT IS FURTHER ORDERED** the Clerk of the Court shall enter judgment accordingly and close the file in this case.

Dated this 25th day of April, 2022.

Honorable Scott H. Rash
United States District Judge